G.N.S. Medical Supplies, Inc., as Assignee of Lidiya Zadushlivaya, Respondent,
against
Country Wide Insurance Company, Appellant. 




Jaffe & Koumourdas, LLP (Jean H. Kang of counsel), for appellant.
Glinkenhouse Queen (Alan Queen and Steven J. Green of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Tracy A. Catapano-Fox, J.), entered February 5, 2018. The order granted plaintiff's motion to recalculate, from a simple rate to a compound rate, an award of statutory no-fault interest in a judgment of that court entered January 12, 2017.




ORDERED that the order is affirmed, with $25 costs.
This action by a provider to recover assigned first-party no-fault benefits for claims submitted to defendant in January 2001, arising from an accident in November 2000, was settled in July 2007. Defendant did not pay the settlement amount, and a judgment was subsequently entered on January 12, 2017 (see CPLR 5003-a) awarding statutory no-fault interest at a simple, not compound, rate (see 11 NYCRR 65-3.9 [a], effective April 5, 2002). Plaintiff moved, pursuant to CPLR 5019 (a), to have the interest recalculated pursuant to the pre-2002 regulations, which required no-fault interest to be calculated at a compound rate (see former 11 NYCRR 65.15 [h] [1]). Defendant appeals from an order of the Civil Court granting plaintiff's motion.
Contrary to defendant's argument, the Civil Court correctly found that the claims involved herein are all governed by the former regulations providing for compound interest (see Belt Parkway Imaging, P.C. v State Wide Ins. Co., 30 Misc 3d 127[A], 2010 NY Slip Op 52229[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2010]).
Defendant's remaining contention is not properly before this court and, in any event, lacks merit (see Seaside Rehabilitation v Allstate Ins. Co., 63 Misc 3d 162[A], 2019 NY Slip Op 50918[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]). 
Accordingly, the order is affirmed.
PESCE, P.J., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 13, 2019